Paul Stewart (SBN 153,467)
paul.stewart@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
OFFERUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OFFERUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OFFER UP INVESTMENTS, LLC, a Florida limited liability company; Cesar O. Estrada, an individual; and Sylvia M. Estrada, an individual,<br><br>Defendants. | Civil Action No. 2:23-cv-1062- FLA (KKx)<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PURUSANT TO FED. R. CIV P. 55(a)** |

TO THE CLERK OF THE COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff OfferUp, Inc. ("Offerup" or "Plaintiff") hereby requests that the Clerk of the Court enter default in this matter against Defendants Offer Up Investments, LLC ("OUI"), Cesar O. Estrada, an individual, and Sylvia M. Estrada, an individual (collectively "Defendants"). Defendants have failed to answer or otherwise respond to Plaintiff's Complaint within the time prescribed by Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

On February 13, 2023, OfferUp filed a Complaint for Trademark Infringement against Defendants. (Dkt. No. 1.) As evidenced by the Proof of Service of Summons and Complaint on file with this Court, OfferUp, Inc. served Defendants with the Summons and Complaint by certified mail on March 15, 2023 pursuant to Fed. R. Civ. P. 4(f)(2)(A) and California Code of Civil Procedure § 415.40. (Dkt. No. 12). Also pursuant to California Code of Civil Procedure § 415.40, service was effective on March 25, 2023, ten days after the Summons and Complaint were mailed to Defendants. Accordingly, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants' Answer or other response was due Saturday April 15, 2023. Because that date is a Saturday, the due date was extended to Monday April 17, 2023 under Rule 6 of the Federal Rules of Civil Procedure. As of April 20, 2023, Defendants have failed to Answer or otherwise respond to the Complaint. Stewart Decl. ¶ 6.

Rule 55(a) of the Federal Rules of Civil Procedure provides that, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Because Defendants have failed to plead or otherwise defend in this action, OfferUp seeks entry of default against Defendants and requests that the clerk enter default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55-1.

| | |
|---|---|
| | Respectfully submitted, |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: April 20, 2023 | By: */s/ Paul A. Stewart* |
| | Paul Stewart |
| | Attorneys for Plaintiff OFFERUP, INC. |

57296205