Paul Stewart (SBN 153,467)
paul.stewart@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
OFFERUP INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OFFERUP INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OFFER UP INVESTMENTS, LLC, a Florida limited liability company; Cesar O. Estrada, an individual; and Sylvia M. Estrada, an individual,<br><br>Defendants. | Civil Action No. 2:23-cv-1062-FLA (KKx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS**<br><br>Judge: Fernando L. Aenlle-Rocha<br>Hearing Date: June 23, 2023<br>Time: 1:30 p.m.<br>Court Room: 6B |

**PLEASE TAKE NOTICE** that on June 23, 2023 at 1:30 p.m., before the Honorable Fernando L. Aenlle-Rocha, Courtroom 6B of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, Plaintiff OfferUp Inc. ("Plaintiff", "OfferUp Inc."), by and through its undersigned counsel, will and hereby does move this Court for Entry of a Default Judgment against Defendants.

This motion is based on this Notice, the accompanying Memorandum in Support of this Motion, the Declaration of Paul A. Stewart in Support of this Motion (including any exhibits attached thereto), the pleadings and papers filed in this action, any reply briefs or declarations and any oral argument the Court may consider at the hearing. A [Proposed] Order is being submitted concurrently herewith.

Respectfully submitted,

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: March 22, 2023     By:*/s/ Paul A. Stewart*

Paul Stewart

Attorneys for Plaintiff,
OFFERUP INC.

57296205

**STATEMENT OF COMPLIANCE PURSUANT TO LOCAL RULE 7-3**

Pursuant to Local Rule 7-3 and Judge Fernando L. Aenlle-Rocha's Civil Standing Order dated April 26, 2023 and revised on April 27, 2023, Counsel of Record for Plaintiff OfferUp Inc. ("Plaintiff") makes the following statement regarding the meet and confer requirement.

On April 24, 2023, Plaintiff requested the Clerk of this Court to enter a default against the named Defendants Offer Up Investments, LLC, Cesar O. Estrada, an individual, and Sylvia M. Estrada, an individual (collectively "Defendants") because they have failed to answer or otherwise respond to Plaintiff or Plaintiff's Complaint. Accordingly, on April 25, 2023 the Clerk entered a default against the named Defendants. Defendants have never contacted Plaintiff or Plaintiff's Counsel, and Plaintiff's only means of communication with Defendants is by mail. Accordingly, a meet and confer with the named Defendants at this time is not possible.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 22, 2023          By: */s/ Paul A. Stewart*
                                  Paul Stewart

                              Attorneys for Plaintiff,
                              OFFERUP INC.

-2-